# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| **C.A.** through their next friend P.A., **C.B.** through his next friend P.B., and **C.C.** through his next friend P.C., for themselves and those similarly situated, | C/A No. _____ |
| **Plaintiffs,** | |
| v. | **MOTION TO PROCEED USING PSEUDONYMS** |
| **Kelly Garcia**, in her official capacity as Director of the Department of Health and Human Services, | |
| **Defendant.** | |

Come now the minor Plaintiffs, C.A., through their next friend P.A., C.B., through his next friend P.B., and C.C., through his next friend, P.C., and move the Court to proceed using pseudonymous initials for the minor Named Plaintiff children and their adult Next Friends. The reasons for this motion are set forth fully in the attached Brief.

WHEREFORE, Plaintiffs move the Court to issue an Order:

A. Granting Plaintiffs leave to proceed in this matter with the use of pseudonymous initials for the Named Plaintiff children and Next Friend parents;

B. Ordering Defendants not to publicly disclose the names of the Named Plaintiff children or Next Friend parents after Defendants are advised of their names by Plaintiffs;

C. Ordering that Plaintiffs and Defendants submit all publicly-filed pleadings, briefings, and evidence using the Named Plaintiff children's and Next Friend parents' pseudonymous initials instead of their names; and

D. Granting such other and further relief as may be just and proper.

Dated: January 6, 2023

Respectfully Submitted,

**CHILDREN'S RIGHTS**

/s/ *Harry Frischer* .
Harry Frischer (*Pro hac vice* forthcoming)
Madeleine M. Kinney (*Pro hac vice* forthcoming)
Stephanie Persson (*Pro hac vice* forthcoming)
Shira Wisotsky (*Pro hac vice* forthcoming)
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
hfrischer@childrensrights.org
mkinney@childrensrights.org
spersson@childrensrights.org
swisotsky@childrensrights.org

**DISABILITY RIGHTS IOWA**

/s/ *Cynthia A. Miller* .
Cynthia A. Miller
Catherine Johnson
Nathan Kirstein
666 Walnut Street, Suite 1440
Des Moines, IA 50309
(515) 278-2502
cmiller@driowa.org
cjohnson@driowa.org
nkirstein@driowa.org

**NATIONAL HEALTH LAW PROGRAM**

/s/ *Kimberly Lewis* .
Kimberly Lewis (*Pro hac vice* forthcoming)
Elizabeth Edwards (*Pro hac vice* forthcoming)
3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
(310) 204-6010
lewis@healthlaw.org
edwards@healthlaw.org

**ROPES & GRAY LLP**

/s/ *Timothy R. Farrell* .
Timothy R. Farrell (*Pro hac vice* forthcoming)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1209
timothy.farrell@ropesgray.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I filed Plaintiffs' Motion to Proceed Using Pseudonyms and Plaintiffs' Brief in Support of Plaintiffs' Motion to Proceed Using Pseudonyms ("Pseudonym Papers") via ECF.  I have arranged for service of a copy of the Pseudonym Papers contemporaneous with service of the Complaint and Summons on the following party. A formal Proof of Service is forthcoming.

Kelly Garcia
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319

/s/ Nathan Kirstein
Nathan Kirstein
Disability Rights Iowa
666 Walnut St., 1440
Des Moines, IA 50309
(515) 278-2502
nkirstein@driowa.org