## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **C.A.** through their next friend P.A., **C.B.** through his next friend P.B., and **C.C.** through his next friend P.C., for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kelly Garcia**, in her official capacity as Director of the Department of Health and Human Services.<br><br>**Defendant.** | C/A No. 4:23-cv-00009-SHL-HCA |

### Parties' Joint Submission Regarding December 11, 2023 Status Conference

Pursuant to the Court's Order Setting Status Conferences (ECF No. 35), the Parties jointly submit this status report for the conference scheduled for December 11, 2023. As contemplated under the Interim Settlement Agreement, the Parties have begun meeting monthly to exchange information, including information relating to the status of Defendant's efforts under the Interim Agreement and input from Plaintiffs with regard to those efforts, and to negotiate the terms of the Final Settlement Agreement. (ECF No. 63-1 ¶ 4). The Parties do not believe a status conference is needed at this time.

DATED: Nov. 30, 2023

Respectfully Submitted,

[Signature Page Follows]

| | |
|---|---|
| **DISABILITY RIGHTS IOWA** | **BRENNA BIRD** |
| | Attorney General of Iowa |
| */s/ Catherine Johnson* | */s/ Stan Thompson* |
| Catherine Johnson | Stan Thompson |
| Cynthia A. Miller | Deputy Attorney General |
| Disability Rights Iowa | Department of Justice |
| 666 Walnut Street, Suite 1440 | Hoover State Office Building, 2nd Floor |
| Des Moines, IA 50309 | 1305 E. Walnut Street |
| (515) 278-2502 | Des Moines, IA 50319 |
| cmiller@driowa.org | Ph: (515) 281-4951 / 725-5390 |
| cjohnson@driowa.org | Fax: (515) 281-4902 |
| | stan.thompson@ag.iowa.gov |
| | **ATTORNEYS FOR DEFENDANT** |

**CHILDREN'S RIGHTS**

*/s/ Harry Frischer*
Harry Frischer*
Madeleine M. Kinney*
Stephanie Persson*
Aarti Iyer*
Jessica Zou*
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
hfrischer@childrensrights.org
mkinney@childrensrights.org
spersson@childrensrights.org
aiyer@childrensrights.org
jzou@childrensrights.org

**NATIONAL HEALTH LAW PROGRAM**

*/s/ M. Geron Gadd*
M. Geron Gadd*
Arielle Linsey*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 278-7660
gadd@healthlaw.org
linsey@healthlaw.org

Kimberly Lewis*
3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
(310) 204-6010

lewis@healthlaw.org

**ROPES & GRAY LLP**

/s/ *Timothy R. Farrell*
Timothy R. Farrell*
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1209
timothy.farrell@ropesgray.com

**\*** admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on November 30, 2023 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Stephanie Persson*_____

Stephanie Persson
Children's Rights
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org