## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **C.A.** through their next friend P.A., **C.B.** through his next friend P.B., and **C.C.** through his next friend P.C., for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kelly Garcia**, in her official capacity as Director of the Department of Health and Human Services.<br><br>**Defendant.** | C/A No. 4:23-cv-00009-SHL-HCA<br><br>**Joint Status Report** |

Pursuant to the Court's Order Regarding Joint Motion to Approve Interim Settlement, Certify the Class, Extend the Stay of Discovery and Amend the Scheduling Order (ECF No. 65), the Parties jointly submit this status report reflecting the Parties' compliance with the Interim Settlement Agreement.

The Parties have been meeting regularly since November 8, 2023, as contemplated in the Interim Settlement. (ECF No. 63-1 ¶ 4). This has included monthly meetings between Plaintiffs and Directors Garcia and Matney, as well as additional meetings between Plaintiffs and department staff and contractors responsible for drafting the Implementation Plan. Defendants have provided initial data and documentation where available, though much of the planning and data-gathering regarding the services contemplated in the Interim Settlement is still in progress. Defendants anticipate sharing draft outlines of the Implementation Plan for Plaintiffs review by March 25,

2024 and the full draft Implementation Plan by April 9, 2024. Plaintiffs will then have 30 days to provide written feedback on the draft Plan prior to its completion. (ECF No. 63-1 ¶ 1, 8).

DATED: March 15, 2024

Respectfully Submitted,

**DISABILITY RIGHTS IOWA**

*/s/ Cynthia A. Miller*
Cynthia A. Miller
Catherine Johnson
Disability Rights Iowa
666 Walnut Street, Suite 1440
Des Moines, IA 50309
(515) 278-2502
cmiller@driowa.org
cjohnson@driowa.org

**CHILDREN'S RIGHTS**
*/s/ Stephanie Persson*
Stephanie Persson*
Harry Frischer*
Madeleine M. Kinney*
Aarti Iyer*
Jessica Zou*
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org
hfrischer@childrensrights.org
mkinney@childrensrights.org
aiyer@childrensrights.org
jzou@childrensrights.org

**NATIONAL HEALTH LAW PROGRAM**

**BRENNA BIRD**

Attorney General of Iowa

*/s/ Stan Thompson*
Stan Thompson
Deputy Attorney General
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph: (515) 281-4951 / 725-5390
Fax: (515) 281-4902
stan.thompson@ag.iowa.gov

**ATTORNEYS FOR DEFENDANT**

*/s/ M. Geron Gadd*
M. Geron Gadd*
Arielle Linsey*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 278-7660
gadd@healthlaw.org
linsey@healthlaw.org

Kimberly Lewis*
3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
(310) 204-6010
lewis@healthlaw.org

**ROPES & GRAY LLP**

/s/ *Timothy R. Farrell*
Timothy R. Farrell*
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1209
timothy.farrell@ropesgray.com

**\*** admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on March 15, 2024 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Stephanie Persson*

Stephanie Persson
Children's Rights
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org