# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **C.A.** through their next friend P.A., **C.B.** through his next friend P.B., and **C.C.** through his next friend P.C., for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kelly Garcia**, in her official capacity as Director of the Department of Health and Human Services.<br><br>**Defendant.** | C/A No. 4:23-cv-00009-SHL-HCA<br><br><br>**JOINT STATUS REPORT** |

The Parties jointly submit this status report, in accordance with the Court's November 4, 2024 Order. (ECF No. 82). The Parties are pleased to report that they have reached consensus on the substance of the proposed Final Settlement Agreement. The Parties have also identified an individual to serve as a dispute mediator in the case. On December 11, 2024, the Governor communicated her approval of the proposed Final Settlement Agreement.

At this time, the Parties anticipate filing a motion for preliminary approval with this Court before the expiration of the litigation stay on January 15, 2025.


DATED: December 13, 2024


[Signature Page Follows]

Respectfully Submitted,

**DISABILITY RIGHTS IOWA**

*/s/ Cynthia A. Miller*
Cynthia A. Miller
Catherine Johnson
Deputy Attorney General
Disability Rights Iowa
666 Walnut Street, Suite 1440
Des Moines, IA 50309
(515) 278-2502
cmiller@driowa.org
cjohnson@driowa.org

**CHILDREN'S RIGHTS**
*/s/ Stephanie Persson*
Stephanie Persson*
Harry Frischer*
Madeleine M. Kinney*
Aarti Iyer*
Jessica Zou*
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org
hfrischer@childrensrights.org
mkinney@childrensrights.org
aiyer@childrensrights.org
jzou@childrensrights.org

**NATIONAL HEALTH LAW PROGRAM**

*/s/ M. Geron Gadd*
M. Geron Gadd*
Arielle Linsey*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 278-7660
gadd@healthlaw.org
linsey@healthlaw.org

**BRENNA BIRD**

Attorney General of Iowa

*/s/ Lisa Reel Schmidt*
Lisa Reel Schmidt
Department of Justice
Hoover State Office Building, 2nd Floor
1305 E. Walnut Street
Des Moines, IA 50319
Ph: (515) 281-4951 / 725-5390
Fax: (515) 281-4902
lisa.reelschmidt@ag.iowa.gov

**ATTORNEYS FOR DEFENDANT**

Kimberly Lewis*
3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
(310) 204-6010
lewis@healthlaw.org

**ROPES & GRAY LLP**

/s/ *Timothy R. Farrell*
Timothy R. Farrell*
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1209
timothy.farrell@ropesgray.com

**\*** admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on December 13, 2024 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Stephanie Persson*

Stephanie Persson
Children's Rights
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org