# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **C.A.** through their next friend P.A., **C.B.** through his next friend P.B., and **C.C.** through his next friend P.C., for themselves and those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kelly Garcia**, in her official capacity as Director of the Department of Health and Human Services.<br><br>**Defendant.** | C/A No. 4:23-cv-00009-SHL-HCA<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT<br>AND FOR OTHER RELIEF** |

The Parties hereby move this Court for entry of an Order in the form set forth as Ex. 4 to the Motion, providing as follows:

[1] Preliminarily approving the Class Action Settlement Agreement;

[2] Approving the Notice Plan addressing the manner of providing notice to Class Members, and the proposed Notice to Class Members;

[3] Setting a Hearing Date for a Fairness Hearing on the Motion for Final Approval of Settlement.

The Parties rely on and incorporate by reference the facts and legal arguments, as well as exhibits, set forth in the accompanying Memorandum of Points and Authorities in support of this Motion.

DATED: January 15, 2025

[Signature Page Follows]

Respectfully Submitted,

| | |
|---|---|
| **DISABILITY RIGHTS IOWA** | **BRENNA BIRD** |
| | Attorney General of Iowa |
| */s/ Cynthia A. Miller* | */s/ Lisa Reel Schmidt* |
| Cynthia A. Miller | Lisa Reel Schmidt |
| Catherine Johnson | Deputy Attorney General |
| Disability Rights Iowa | Department of Justice |
| 666 Walnut Street, Suite 1440 | Hoover State Office Building, 2nd Floor |
| Des Moines, IA 50309 | 1305 E. Walnut Street |
| (515) 278-2502 | Des Moines, IA 50319 |
| cmiller@driowa.org | Main: 515-281-8330| Direct: (515) 336-4928 |
| cjohnson@driowa.org | lisa.reelschmidt@ag.iowa.gov |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| **CHILDREN'S RIGHTS** | |

*/s/ Stephanie Persson*
Stephanie Persson*
Harry Frischer*
Aarti Iyer*
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org
hfrischer@childrensrights.org
mkinney@childrensrights.org
aiyer@childrensrights.org
jzou@childrensrights.org

**NATIONAL HEALTH LAW PROGRAM**

*/s/ M. Geron Gadd*
M. Geron Gadd*
Arielle Linsey*
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(984) 278-7660
gadd@healthlaw.org
linsey@healthlaw.org

Kimberly Lewis*

3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
(310) 204-6010
lewis@healthlaw.org

**ROPES & GRAY LLP**

/s/ Timothy R. Farrell
Timothy R. Farrell*
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
(312) 845-1209
timothy.farrell@ropesgray.com

**\*** admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on January 15, 2025 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Stephanie Persson*

Stephanie Persson
Children's Rights
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
spersson@childrensrights.org